March 13, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AVELO MORTGAGE, LLC, Appellant

NO. 14-11-00463-CV                     V.

INFINITY CAPITAL, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Infinity Capital, LLC, signed April 13, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Avelo Mortgage, LLC, to pay all costs incurred in this appeal. We further order this decision certified below for observance.